**VALENTI LAW APC**
Matthew D. Valenti (SBN 253978)
E-mail: mattvalenti@valentilawapc.com
5252 Balboa Avenue, Suite 700
San Diego, California 92117
Phone: (619) 540-2189

Attorney for Shonna Counter

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHONNA COUNTER,<br><br>    Plaintiff,<br><br>vs.<br><br>EXER MEDICAL CORPORATION; EAST PACIFIC PROPERTIES LLC and DOES 1-10,<br><br>    Defendants. | Case No.: 2:24-cv-11227-ODW-SSC<br><br>STIPULATION TO DISMISS PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii) |

STIPULATION TO DISMISS - 1

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Shonna Counter and Defendants, Exer Medical Corporation and East Pacific Properties LLC, hereby stipulate and jointly request that this Court enter a dismissal with prejudice of the above-entitled action in its entirety. Each party shall bear his or its own costs, experts' fees, and attorneys' expenses. The case has settled.

DATED: 5/30/2025                     VALENTI LAW APC


                                     /s/Matthew D. Valenti
                                     Matthew D. Valenti
                                     Attorney for Plaintiff
                                     Shonna Counter


DATED: 5/30/2025                     FISHER & PHILLIPS LLP


                                     /s/Nathan V. Okelberry
                                     Nathan V. Okelberry
                                     Attorneys for Defendants
                                     Exer Medical Corporation &
                                     East Pacific Properties LLC

# SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this joint motion is submitted, concur in the filing's content and have authorized the filing.

DATED: August 26, 2025                         VALENTI LAW APC

                                    By:   */s/* Matt Valenti
                                          Matt Valenti, Esq.
                                          Attorney for Plaintiff
                                          Shonna Counter